IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARJORIE V. GRIMES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 3:11-cv-1022-O |
| | § | ECF |
| FLAGSTAR BANK, FSB, MORTGAGE OUTREACH, a/k/a NUVIEW FINANCIAL SERVICES, LLC, and FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE, | § § § § § | |
| | § | |
| Defendants. | § | |

**DEFENDANT MORTGAGE OUTREACH, a/k/a NUVIEW FINANCIAL SERVICES, LLC'S CERTIFICATE OF INTERESETED PERSONS**

**TO THE HONORABLE JUDGE OF THE COURT:**

Pursuant to Federal Rule of Civil Procedure 7.1 and United States District Court for the Northern District of Texas Local Rule 7.4, Defendant Mortgage Outreach hereby files its Certificate of Interested Persons as follows:

1. Defendant Mortgage Outreach is a wholly-owned subsidiary of Sorrento Capital, which is a California corporation with its principal place of business in California. Mortgage Outreach is also known as NuView Financial Services, LLC, which is a Delaware LLC. Sorrento Capital is the parent company of NuView Holdings, LLC, which is the holding company for NuView Financial Services, LLC.

Other persons or other legal entities that may be financially interested in the outcome of this matter are:

1. Marjorie V. Grimes, Plaintiff;
2. Mortgage Outreach a/k/a NuView Financial Services, LLC, Defendant;
3. Flagstar Bank, FSB, Defendant;
4. Federal National Mortgage Association a/k/a Fannie Mae, Defendant;
5. Sorrento Capital, Inc., parent company of NuView Holdings LLC; and
6. NuView Holdings LLC, holding company for NuView Financial Services LLC.

Respectfully submitted,

By:   */s/Jeff Nicodemus*
JEFF I. NICODEMUS
Texas Bar. No. 24007748
jnicodemus@cobbmartinez.com
DAVID R. WOODWARD
Texas Bar No. 21975650
dwoodward@cobbmartinez.com
**COBB MARTINEZ WOODWARD PLLC**
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
(214) 220-5200
(214) 220-5299 (Fax)

ATTORNEYS FOR DEFENDANT MORTGAGE OUTREACH, a/k/a NUVIEW FINANCIAL SERVICES, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was electronically filed with the clerk of the court for the United States District Court, Northern District of Texas on this 3rd day of June, 2011, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to those attorneys of record who have consented in writing to accept this Notice as service of this document.

          */s/ Jeff Nicodemus*

          JEFF NICODEMUS